## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## MARSHALL DIVISON

| | | |
|---|---|---|
| **LESTER GLOVER,** | § § | |
| *Plaintiff,* | § § | **CIVIL ACTION NO.** |
| VS. | § § | |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY** | § § § | **2:15-CV-381** |
| *Defendant.* | § § | |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Lester Glover and files this Notice of Settlement and would respectfully show as follows:

Plaintiff hereby notifies the Court that all matters in controversy have been fully and finally settled. The Defendant shall prepare the final settlement documents to be executed by the Parties. The Parties contemplate that all documents shall be exchanged and funds tendered within thirty days. As this represents a final settlement, the parties will submit the appropriate documents within thirty days or sooner if directed by the Court, to effectuate a dismissal with prejudice.

Respectfully Submitted,

*/s/ Matthew B. Flanery*
**MATTHEW B. FLANERY** *Lead Attorney*
State Bar No. 24012632
**DARREN GRANT**
State Bar No. 24012723
**GRANT & FLANERY, P.C.**
216 W. Erwin, Suite 200
Tyler, Texas 75702
(903) 596-8080 (Telephone)
(903) 596-8086 (Facsimile)
Matt@GFTexas.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I furnished a copy of this notice on August 5, 2015 to all counsel of record via Electronic Filing Procedure.

*/s/ Matthew B. Flanery*
MATTHEW B. FLANERY