# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISON

| | | |
|---|---|---|
| **LESTER GLOVER,** | § § | |
| *Plaintiff,* | § § | **CIVIL ACTION NO.** |
| VS. | § § § | |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY** | § § § § | **2:15-CV-381** |
| *Defendant.* | § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE

On this day came on to be considered *Plaintiff's Unopposed Motion to Dismiss all Claims with Prejudice*. After careful consideration, the Court is of the opinion that the motion should be granted.

It is therefore

**ORDERED** that the above motion is **GRANTED.**

It is further

**ORDERED** that each and every claim asserted by Plaintiff Lester Glover is hereby **DISMISSED WITH PREJUDICE**.

It is further

**ORDERED** each party shall bear its own costs and fees.

**SIGNED this 10th day of September, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE